**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1424-22

IN THE MATTER OF THE
GOOMER LIVING TRUST.

_____

Submitted February 14, 2024 – Decided December 26, 2024

Before Judges Gummer and Walcott-Henderson.

On appeal from the Superior Court of New Jersey, Chancery Division, Middlesex County, Docket No. P-277402-22

Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for appellants Estate of Harbhajan Goomer, Rajvir Goomer in his capacity as executor of the Estate of Harbhajan Goomer, Ravinder Goomer and Pushpinder Goomer (Richard J. Mirra, of counsel and on the briefs; Krista G. Ebbert and Joseph D. Palombit, on the briefs).

Borteck & Czapek, PC, attorneys for respondent Pritpal S. Goomer (Robert D. Borteck and Nicholas J. Dimakos, on the brief).

Matthew J. Platkin, Attorney General, attorney for respondent State of New Jersey (Valerie A. Hamilton, Deputy Attorney General, on the brief).

The opinion of the court was delivered by

GUMMER, J.A.D.

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1424-22